UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:11-cv-00319-PCF-DAB

PAUL W. SMITH, an individual,

    Plaintiff,

vs.

CROSSCHECK, INC.,
a California corporation,

    Defendant.
_____/

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Paul W. Smith, an individual, and Defendant, Crosscheck, Inc., a California corporation, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this their joint notice of voluntary dismissal with prejudice.

| | |
|---|---|
| LAW OFFICE ROBERT W. MURPHY | ROETZEL & ANDRESS, LPA |
| | |
| /s/ Robert W. Murphy | /s/ Shayne A. Thomas |
| Robert W. Murphy, Esquire | Shayne A. Thomas, Esquire |
| Florida Bar No. 717223 | Florida Bar No. 0585025 |
| 1212 SE 2nd Avenue | 420 South Orange Avenue |
| Fort Lauderdale, FL 33316 | CNL Center II, 7th Floor |
| (954) 763-8660 Telephone | Orlando, FL 32801 |
| (954) 763-8607 Telecopier | (407) 896-2224 Telephone |
| rphyu@aol.com | (407) 835-3596 Telecopier |
| | sthomas@ralaw.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Shayne A. Thomas, Esquire, Roetzel & Andress, 420 South Orange Avenue, CNL Center II, 7th Floor, Orlando, FL 32801, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                                  /s/  Robert W. Murphy
                                                  Attorney